IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ᴍ D.C.

05 JUN -3 PM 4: 19

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

JENNIFER N. FERGUSON                                       05cr20061-P

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
## UNDER THE SPEEDY TRIAL ACT

This cause came on for an Arraignment on the Misdemeanor Information on _June 2, 2005_. At this time, government and defendant requested a continuance in order to allow for additional time to pursue deferred prosecution of defendant Jennifer N. Ferguson. The Court granted the request and reset the Arraignment date to _Thursday August 4, 2005 @ 11:00 a.m._

It is therefore ORDERED that the time period of _6/2/05_ through, _8/4/05_ is excludable pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161 (h)(2).

This _3_ day of _June_, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-8-05_

9

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20061 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Kristen Coyne
US DEPARTMENT OF JUSTICE
5722 Integrity Dr.
Millington, TN 38054

Honorable Tu Pham
US DISTRICT COURT