IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ ___ D.C.

05 DEC 15 PM 3:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                          No. 05-20061-Ml

BILLY SEVERANCE

---

ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT

---

The defendant's counsel has this day notified the Court that the defendant is undergoing a mental evaulation and no reports has been received as of today. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while undergoing a mental evaluation. It is therefore ORDERED that the time period of __12/15/05__ through, __1/18/06__ be excluded from the time limits imposed by the Speedy Trial Act for trial of this case while the defendant is undergoing a mental evaluation.

**ARRAIGNMENT** reset to Wednesday, __January 18__, 2006, at 10:00 a.m. before Magistrate Judge __Vescovo__.

This __15th__ day of __December__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12-16-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20061 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Kristen Coyne
US DEPARTMENT OF JUSTICE
5722 Integrity Dr.
Millington, TN 38054

Honorable Tu Pham
US DISTRICT COURT